

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE BROWN,
*Plaintiff*,

AQUIL BYRD, et al.,
*Defendants*

CIVIL ACTION
NO. 18-0907

## **ORDER**

**AND NOW**, this 15th day of February, 2019, upon consideration of Defendant United States of America's Motion to Dismiss the Amended Complaint (ECF No. 8) and Plaintiff's Opposition thereto (ECF No. 11), it is hereby **ORDERED** that said motion is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendant United States of America.

BY THE COURT:

C. DARNELL JONES, II  J.

2/15/19 mailed
Brown
2/15/19 Emailed

ENT'D FEB 15 2019